**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

July 23, 2012

**BY HAND**

The Honorable Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

          Re: Pollard v. U.S. Department of Justice
              Docket No. 12-cv-3229 (DLC)

**MEMO ENDORSED**

Dear Judge Cote:

    This Office represents defendants United States Department of Justice and the United States Department of Defense (together, the "Government") in the above-referenced action. On or about April 24, 2012, plaintiffs Jonathan J. Pollard and Jacques Semmelman (together, "Plaintiffs") filed a complaint for injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking five classified documents and all documents related to any declassification review of one of the classified documents. The Government filed an answer to the complaint on June 25, 2012. I write now on behalf of both parties in anticipation of the initial pretrial conference scheduled for July 27, 2012 and, specifically, with respect to the Court's instructions for the parties to prepare a proposed schedule for any discovery and motions. The parties jointly respectfully request permission to postpone the preparation of such a proposed schedule until mid-October because the Government has taken action which may narrow the scope of, or eliminate altogether the need for, discovery and motions.

    During the parties' Rule 26(f) conference on July 12, 2012, the Government informed Plaintiffs that it had located four of the five requested classified documents and that the appropriate agencies were in the process of undertaking a review of the documents to determine whether any portions should be declassified. With respect to the fifth classified document—a sealed portion of a court transcript—the Government has located the stenographer's notes and is continuing to search for the original transcription, if any such transcription exists. The Government further informed Plaintiffs that the declassification review has been prioritized and expedited by the agencies and is expected to be complete within 90 days. The Government has also undertaken a search for documents related to any prior declassification review with respect to the document Plaintiffs identified.

    The parties respectfully submit that they will be in a better position to set reasonable discovery and briefing schedules, if necessary, once they know what, if any, portions of the requested documents will be produced or withheld pursuant an exemption under FOIA. Thus, the parties respectfully request permission from the Court to conduct another Rule 26(f)

conference among themselves in mid-October and to submit a proposed discovery and briefing schedule to the Court shortly thereafter.

The parties are, however, prepared to appear at the July 27, 2012 conference should Your Honor still wish to meet with us at that time.

Thank you for your attention to this matter.

    Respectfully submitted,
    PREET BHARARA
    United States Attorney

    _____
    CHRISTINE S. POSCABLO
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2674
    Fax: (212) 637-2750

cc: Eliot Lauer, Esq. (by e-mail)
    Jacques Semmelman, Esq. (by e-mail)

*[Handwritten note:]* Granted. Conference is adjourned to October 19 at 11:00 a.m.

*Denise Cote*
*July 24, 2012*