UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
JONATHAN J. POLLARD and JACQUES       :
SEMMELMAN,                            :    12 Civ. 3229 (DLC)
               Plaintiffs,           :
                                     :    ORDER OF
         -v-                          :    DISCONTINUANCE
                                     :
U.S. DEPARTMENT OF JUSTICE and U.S.   :
DEPARTMENT OF DEFENSE,                :
                                     :
               Defendants.           :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:   New York, New York
         November 28, 2012

                                    _____
                                             DENISE COTE
                                    United States District Judge